<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2070**

MELVIN EUGENE GIBBS,

         Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA,

         Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:09-cv-01779-PJM)

Submitted: March 16, 2010      Decided: March 19, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin Eugene Gibbs, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Eugene Gibbs appeals the district court's order summarily dismissing his complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gibbs v. United States, No. 8:09-cv-01779-PJM (D. Md. July 21 & Aug. 19, 2009). We deny Gibbs' motions to transfer venue and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED